UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RETAILER WEB SERVICES, LLC, EVOLUTION VERTICAL LLC, and AYR1, INC., <br><br>        Plaintiffs, <br><br>  v. <br><br>TAILBASE, INC., <br><br>        Defendant. | Case No.: 3:16-cv-00156-B <br> Judge: Hon. Jane J. Boyle |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Adam Wolek enters his appearance in this matter as counsel for Plaintiffs Retailer Web Services, LLC, AYR1, Inc. and Evolution Vertical LLC for the purpose of receiving notices from the Court. Mr. Wolek is currently admitted to practice in the United States District Court for the Northern District of Texas. Mr. Wolek's contact information is as follows:

**Adam Wolek**
Wolek & Noack
233 S. Wacker Dr.
Suite 2140
Chicago, IL 60606
6301207IL
Bar Status: Admitted/In Good Standing
Date Admitted to NDTX: 04/07/2016

| | |
|---|---|
| Dated:  April 12, 2016 | Respectfully submitted,<br><br>s/Adam Wolek<br>Adam Wolek<br>Brian Noack<br>WOLEK & NOACK<br>233 S. Wacker Drive, Suite 2140<br>Chicago, Illinois 60606<br>P 312.860.9006<br>F 708.843.0509<br><br>Anthony M. Garza<br>Texas Bar No. 24050644<br>Steven C. Callahan<br>Texas Bar No. 24053122<br>CHARHON CALLAHAN<br>ROBSON & GARZA PLLC<br>3333 Lee Pkwy, Ste. 460<br>Dallas, Texas 75219<br>P 214.521.6400<br>F 214.764.8392 agarza@ccrglaw.com<br><br>*Attorneys for Plaintiffs Retailer Web Services, LLC, Evolution Vertical LLC, and All Your Retail LLC* |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with L.R. 5.1 on April 12, 2016. As such, this document was served on each party who is a registered user of ECF. L.R. 5.1(d).

s/Adam Wolek
Adam Wolek
