UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RETAILER WEB SERVICES, LLC, EVOLUTION VERTICAL LLC, and AYR1, INC., <br><br>    Plaintiffs, <br><br> v. <br><br>TAILBASE, INC., <br><br>    Defendant. | Case No.: 3:16-cv-00156-B <br> Judge: Hon. Jane J. Boyle |

**PLAINTIFFS' FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**
**NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT**

  Plaintiffs Retailer Web Services, LLC, AYR1, Inc. and Evolution Vertical LLC pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby voluntarily dismiss the Complaint filed in the above captioned proceeding with prejudice and without costs. Defendant has not answered the Complaint or filed a motion for summary judgment. Accordingly, the Plaintiffs notify the Court and Defendant that the Complaint has been dismissed with prejudice, and without costs.

Dated:  April 12, 2016

Respectfully submitted,

By: s/Adam Wolek
Adam Wolek
Brian Noack
WOLEK & NOACK
233 S. Wacker Drive, Suite 2140
Chicago, Illinois 60606
P 312.860.9006
F 708.843.0509

Anthony M. Garza
Texas Bar No. 24050644
Steven C. Callahan
Texas Bar No. 24053122
CHARHON CALLAHAN
ROBSON & GARZA PLLC
3333 Lee Pkwy, Ste. 460
Dallas, Texas 75219
P 214.521.6400
F 214.764.8392 agarza@ccrglaw.com

*Attorneys for Plaintiffs Retailer Web Services, LLC, Evolution Vertical LLC, and All Your Retail LLC*

**CERTIFICATE OF SERVICE**

  The undersigned certifies that the foregoing document was filed electronically in compliance with L.R. 5.1 on April 12, 2016. As such, this document was served on each party who is a registered user of ECF. L.R. 5.1(d).

                 s/Adam Wolek
                 Adam Wolek